# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

January 20, 2020

No. 18-51066

Lyle W. Cayce
Clerk

DEMETRIAS TAYLOR, As representative of the estate of Iretha Jean Lilly, Deceased; TERRANCE HAMILTON; TERRANCE LAMONT HAMILTON, As next of friend and father of I.H.,

> Plaintiffs–Appellants,

v.

MCLENNAN COUNTY; KIMBERLY RIENDFLIESCH; DESERA ROBERTS; JOHN WELLS,

> Defendants–Appellees.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:16-CV-395

Before OWEN, Chief Judge, and BARKSDALE and DUNCAN, Circuit Judges.

PER CURIAM:*

Demetrias Taylor, as representative of Iretha Jean Lilly's estate, Terrance Hamilton, and Terrance Lamont Hamilton, as next friend and father of I.H., (collectively, Plaintiffs) filed this 42 U.S.C. § 1983 action, asserting that McLennan County subjected Lilly to unconstitutional conditions of

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-51066

confinement, and Nurses Desera Roberts and Kimberly Riendfliesch failed to provide Lilly with constitutionally adequate medical care. Plaintiffs later filed an amended complaint raising claims against Dr. John Wells for failing to provide Lilly with constitutionally adequate medical care and failure to supervise. The district court granted summary judgment in favor of the defendants on each claim. After carefully reviewing the briefs, record, and oral argument, we affirm for essentially the reasons stated by the district court in its October 2 and December 3, 2018, orders.[1]

AFFIRMED.

---

[1] *See Taylor v. McLennan Cty. et al.*, No. 6:16-CV-395 (W.D. Tex. Dec. 3, 2018); *Taylor v. McLennan Cty. et al.*, No. 6:16-CV-395 (W.D. Tex. Oct. 2, 2018).